Signed: June 04, 2008

_____

**EDWARD D. JELLEN**
**U.S. Bankruptcy Judge**

_____

1  Aron M. Oliner (SBN:  152373)
   Geoffrey A. Heaton (SBN:  206990)

2  **DUANE MORRIS LLP**
   One Market Plaza

3  Spear Street Tower, Suite 2000
   San Francisco, CA  94105-1104

4  Telephone: (415) 957-3000

5  Facsimile: (415) 957-3001
   Email: gheaton@duanemorris.com

6

7  Attorneys for Plaintiff, Counterdefendant
   and Chapter 7 Trustee, JOHN T. KENDALL

8

9  UNITED STATES BANKRUPTCY COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  OAKLAND DIVISION

12

13  In re                                        Case No. 06-41544

14  CYBERHOME ENTERTAINMENT,          Chapter 7
    INC.,

15

16              Debtor.

17  JOHN T. KENDALL, Trustee,          Adversary Proceeding No. 06-04282

18              Plaintiff,             **ORDER DISMISSING ADVERSARY**
                                       **PROCEEDING WITH PREJUDICE**
19       v.
                                       Date:      June 2, 2008
20  TA CHONG BANK CO., LTD.,           Time:      10:00 a.m.
                                       Place:     Courtroom of
21              Defendant.                        The Honorable Edward D. Jellen

22

23  TA CHONG BANK CO., LTD.,

24              Counterclaimant,

25       v.

26  JOHN T. KENDALL, Trustee,

27              Counterdefendant.

28

DUANE MORRIS LLP
SAN FRANCISCO

DM3\734393.2 R1068-00001                         1

ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE – ADV PROC NO. 06-04282

1    The captioned adversary proceeding ("Adversary Proceeding") is hereby dismissed with

2    prejudice effective sixty (60) days from entry of this Order.  Prior to expiration of the sixty (60)

3    day period, counsel for either party may move to stay dismissal of the Adversary Proceeding and

4    restore the Adversary Proceeding to the Court's status conference calendar.

5                                          *****END OF ORDER*****

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DUANE MORRIS LLP
SAN FRANCISCO

DM3\734393.2 R1068-00001                                           2

**ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE – ADV PROC NO. 06-04282**

| | |
|---|---|
| 1 | <u>**COURT SERVICE LIST**</u> |
| 2 | |
| 3 | |
| 4 | United States Trustee, Region 17<br>United States Department of Justice |
| 5 | 1301 Clay Street, Suite 690N<br>Oakland, CA 94612-5217 |
| 6 | |
| 7 | James S. Monroe<br>Nixon Peabody LLP |
| 8 | 1 Embarcadero Center, 18th Floor<br>San Francisco, CA 94111-3996 |

1      **COURT SERVICE LIST**

2

3

4      United States Trustee, Region 17
United States Department of Justice
5      1301 Clay Street, Suite 690N
Oakland, CA 94612-5217
6

7      James S. Monroe
Nixon Peabody LLP
8      1 Embarcadero Center, 18th Floor
San Francisco, CA 94111-3996

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DUANE MORRIS LLP
SAN FRANCISCO

DM3\734393.2 R1068-00001

3

**ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE – ADV PROC NO. 06-04282**

Case: 06-04282   Doc# 27   Filed: 06/04/08   Entered: 06/04/08 13:29:09   Page 3 of 3